# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2013

## NO. 03-11-00792-CV

**Juan Enriquez, Appellant**

**v.**

**Brad Livingston, in his Official Capacity as the Executive Director of the Texas Department of Criminal Justice; Rick Thaler; John Rupert; Brian Tucker; and David Langston, Appellees**

---

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
REVERSED AND REMANDED ON MOTION FOR REHEARING --
OPINION BY CHIEF JUSTICE JONES;
DISSENTING OPINION BY JUSTICE PEMBERTON**

---

**THIS DAY** came on to be submitted to the Court appellees motion for rehearing, and the Court having fully considered same; and being of the opinion that same should be overruled. **IT IS THE OPINION** of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the appellees' motion for rehearing is overruled; and that the opinion and judgment of this court, dated November 8, 2012, are withdrawn; and this opinion and judgment are substituted in their places; and that the judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings in accordance with this Court's opinion. It is **FURTHER** ordered that the appellees pay all costs

relating to this appeal, both in this Court and the court below; and that this decision be certified

below for observance.